AO 91 (Rev. 11/11) Criminal Complaint

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ABINGDON, VA

FILED
OCT 2 1 2022

LAURA A. AUSTIN, CLERK
BY: /s/ E. Surber
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

United States of America
v.
Michael Donivan White

Defendant(s)

Case No. 2:22mj44

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 2021 to the present** in the county of **Wise** in the **Western** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| SEE ATTACHMENT FOR LIST | SEE ATTACHMENT FOR LIST |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Cody Vines, ATF Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 10/21/22

_____
Judge's signature

City and state: Abingdon, VA

Pamela Meade Sargent, USMJ
Printed name and title