# ATTACHMENT
# CRIMINAL COMPLAINT
# MICHAEL DONIVAN WHITE

1. Knowingly and intentionally conspiring to distribute and possess with the intent to distribute 500 grams or more of a mixture or substance containing methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A).

2. Knowingly and intentionally possessing with the intent to distribute 5 grams or more of methamphetamine, a schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).

3. Knowingly using or maintaining a place, whether permanently or temporarily, for the purpose of distributing or using any controlled substance, in violation 21 U.S.C. § 856(a)(1).

4. Knowingly and intentionally using any communications facility in causing or facilitating the commission of any felony controlled substance offense, in violation of 21 U.S.C. § 843(b).

5. Knowingly possessing a firearm that was in or affecting commerce, while knowingly being an unlawful user of or addicted to any controlled substance and after having been convicted of a felony, in violation of 18 U.S.C. §§ 922(g)(1) and (3).

6. Knowingly possessing, receiving, or disposing of a stolen firearm that had been shipped or transported in interstate or foreign commerce, while knowing or having reasonable cause to believe the firearm was stolen, in violation of 18 U.S.C. § 922(j).

7. Knowingly using or carrying a firearm during and in relation to a drug trafficking crime for which a defendant may be prosecuted in a court of the United States, or possessing a firearm in furtherance of such drug trafficking crime, in violation of 18 U.S.C. § 924(c).

8. Knowingly using or carrying a firearm during and in relation to drug trafficking crime for which a defendant may be prosecuted in a court of the United States, or possessing a firearm in furtherance of such drug trafficking crime, in violation of 18 USC § 924(c), and in the course of such violation, caused the death of a person through the use of a firearm, in violation of 18 U.S.C. § 924(j).