UNITED STATES MARSHALS SERVICE
Western District of Virginia
Date of Receipt: Oct 24, 2022
Time of Receipt: 13:24
Received By: Jim Satterwhite, DUSM

11355380
2384-1024-0190-J

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

United States of America
v.
Michael Donivan White

Defendant

Case No. 2:22mj44

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Michael Donivan White,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

SEE ATTACHED LIST

Date: 10/21/22

*Issuing officer's signature* — Pamela Meade Sargent, USMJ

City and state: Abingdon, Virginia

Cody Vines, Special Agent
*Printed name and title*

### Return

This warrant was received on *(date)* 10/24/2022, and the person was arrested on *(date)* 11/30/2022
at *(city and state)* W / VA

Date: 11/30/2022

*Arresting officer's signature* — Jim Satterwhite, DUSM

* VIA WRIT FROM SWVRJ HAYSI

Jim Satterwhite, USMS for ATFE
*Printed name and title*